John Phillip RISLEY, individually, J.
Stephen Risley, individually, et
al., Plaintiffs–Appellants,

v.

NISSAN MOTOR CORPORATION IN
USA, a California corporation,
Defendant–Appellee.

No. 99–15321.

United States Court of Appeals,
Eleventh Circuit.

Aug. 9, 2001.

James D. Adams, Adams & Quinton,
P.A., Boca Raton, FL, for Plaintiffs–Appellants.

Richard A. Cirillo, King & Spalding,
New York City, Terrance E. Schmidt,
Bledsoe, Schmidt, Lippes & Adams, P.A.,
Jacksonville, FL, for Defendant–Appellee.

ON PETITION FOR REHEARING

Before BLACK and MARCUS, Circuit
Judges, and HANCOCK*, District Judge.

BLACK, Circuit Judge:

We *sua sponte* grant rehearing. Our
prior opinion in this case construed Fla.
Stat. § 320.643. *See Risley v. Nissan Motor Corp. USA*, 254 F.3d 1296 (11th Cir.
2001). On June 8, 2001, the Governor of
Florida signed Fla. Laws ch. 2001–196,
which amends, *inter alia*, Fla. Stat.
§ 320.643. These amendments pertain, in
part, to the procedural steps for filing a
complaint with the Department of Highway Safety and Motor Vehicles. *See* Fla.
Laws ch. 2001–196, § 23. Regardless, the
amendments do not alter our holding or
reasoning in this case, because, as noted in
our prior opinion, the events here are governed by the 1997 version of the Florida
Statutes. *See Risley*, 254 F.3d at 1297 n.
1; *see also Barry Cook Ford, Inc. v. Ford
Motor Co.*, 616 So.2d 512, 517 n. 5 (Fla. 1st
DCA 1993). Therefore, our prior opinion
is REINSTATED.

---

* Honorable James H. Hancock, U.S. District
Judge for the Northern District of Alabama,
sitting by designation.